**BRAYTON❖PURCELL LLP**
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA LOCKSTEIN, as Wrongful Death Heir, and as Successor-in-Interest to GUSTAV LOCKSTEIN, JR., Deceased, and JULIE LOCKSTEIN, GUSTAV LOCKSTEIN III, as Legal Heirs of GUSTAV LOCKSTEIN, JR., Deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>CBS CORPORATION (FKA VIACOM INC., FKA WESTINGHOUSE ELECTRIC CORPORATION), et al.,<br><br>Defendants. | No. 4:18-cv-01832-YGR<br><br>**ORDER GRANTING PARTIES' DISMISSAL WITHOUT PREJUDICE OF DEFENDANT FOSTER WHEELER LLC *fka* FOSTER WHEELER CORPORATION** |

PURSUANT TO STIPULATION, **IT IS SO ORDERED**. All claims against Defendant FOSTER WHEELER LLC *fka* FOSTER WHEELER CORPORATION are hereby dismissed without prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated: June 14, 2018

By: /s/ Yvonne Gonzalez Rogers
Yvonne Gonzalez Rogers
United States District Judge